RAMONA E. AGUILAR, as Guardian ad Litem of CARMEN LOPEZ, an Infant, et al., Appellants, v. STATE OF NEW YORK, Respondent. (Claim No. 30020.)

Submitted June 5, 1952; decided June 5, 1952.

*Murray Freeman* for motion.

*Nathaniel L. Goldstein, Attorney-General (John R. Davison* and *Wendell P. Brown* of counsel), for State of New York.

Motion granted and appeal withdrawn.